IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action: 21-cv-02492-RDB |
| Plaintiff, | | |
| v. | | |
| Above All Odds, LLC | | |
| Defendant. | | |

**MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT FOR WANT OF ANSWER OR OTHER DEFENSE**

Plaintiff Equal Employment Opportunity Commission (EEOC) moves the Court for an Order to Show Cause why Default Should Not be Entered Against Defendant for Want of Answer or Other Defense, and specifically providing that if Defendant fails to respond to the Order to Show Cause within 14 days of service of the Order, the Court will order an entry of default against Defendant. The grounds for this Motion are set forth in the attached Memorandum of Law. For the reasons stated therein, EEOC respectfully requests this Court to enter an Order to Show Cause.

Respectfully submitted,

/s/ Eric S. Thompson
ERIC S. THOMPSON
Senior Trial Attorney, U.S. EEOC
Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD  21201
Phone: 410.801.6696
Eric.Thompson@EEOC.GOV