IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) | Civil Action: 21-cv-02492-RDB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Above All Odds, LLC | ) ) | |
| Defendant | ) ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 55(b)(2), it is by the United States District Court for the District of Maryland, ORDERED that:

1. Claimant Saidha Feyijinmi is AWARDED backpay in the amount of $54,608.38;

2. Claimant Saidha Feyijinmi is AWARDED $2,169.43 in prejudgment interest;

3. Claimant Saidha Feyijinmi is AWARDED $50,000 in compensatory damages and $50,000 in punitive damages. So as not to exceed the cap applicable to an employer this size, pursuant to 42 U.S.C. 1981(b)(3) the amount of the judgment shall be reduced to $25,000 in compensatory damages and $25,000 in punitive damages;

4. Claimant Saidha Feyijinmi is AWARDED post-judgment interest on all monetary awards in accordance with 28 U.S.C. § 1961(a);

5. Claimant Bricciana Strickland is AWARDED backpay in the amount of $24,990.73;

6. Claimant Bricciana Strickland is AWARDED $1990.39 in prejudgment interest;

7. Claimant Bricciana Strickland is AWARDED $50,000 in compensatory damages and 50,000 in punitive damages. So as not to exceed the cap applicable to an employer this size, pursuant to 42 U.S.C. 1981(b)(3) the amount of the judgment shall be reduced to $25,000 in compensatory damages and $25,000 in punitive damages;

8.  Claimant Bricciana Strickland is AWARDED post-judgment interest on all monetary awards in accordance with 28 U.S.C. § 1961(a).

9.  The Clerk is directed to transmit a copy of the Memorandum Opinion and this Order to counsel for Plaintiff; MAIL copies this Order to Defendant Above All Odds Inc; and CLOSE the case.

  4/21/2022                                         *Richard D. Bennett* (signature)
  ───────────                                       ───────────────────
  Date                                              Richard D. Bennett
                                                    United States District Judge