IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Judgment Creditor, <br><br> v. <br><br> Above All Odds, LLC <br><br> Judgment Debtor. | Civil Action: <br> 21-cv-02492-RDB |

<u>Application to Show Cause Why Raymond Dorsey and Turner Rascoe Should not be Held in Contempt for Failure to Comply with Court Order Compelling Production of Discovery Responses</u>

Plaintiff Equal Employment Opportunity Commission (EEOC) moves this Court to hold Turner Rascoe and Raymonde Dorsey, officers of Judgment Debtor Above All Odds (AAO) in contempt pursuant to Fed. R. Civ. P. 37(b)(2)(vii) for failing to respond to Plaintiff's interrogatories and request for production of documents as ordered by the Court on September 22, 2022. (ECF No. 21). To date, neither Turner nor Dorsey has responded to the Interrogatories and Requests for Production despite receiving the Court's order. As set forth in the attached memorandum a finding of contempt and a daily monetary fine are appropriate sanctions for procuring compliance with the order.

Respectfully submitted,

<u>/s/ Eric S. Thompson</u>
ERIC S. THOMPSON
Senior Trial Attorney, U.S. EEOC

Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD  21201
Phone: 410.801.6696
Eric.Thompson@EEOC.GOV

Certificate of Service

I, Eric S. Thompson, hereby certify that on this 12th, day of January 2023, the foregoing was served by overnight delivery to:

Raymond Dorsey
158 Barnsfield Ct 1
Gaithersburg, MD
20878

Turner Rascoe
503 Goldeneye Ct.
Edegewood, MD
21040

Respectfully submitted,

/S/
_____
Eric S. Thompson
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
eric.thompson@eeoc.gov
Phone: (410) 801-6696