IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, <br><br> Plaintiff, <br><br> v. <br><br> Above All Odds, LLC <br><br> Defendant. | Civil Action: <br> 21-cv-02492-RDB <br><br> <u>NOTICE OF</u> <br> <u>FAILURE TO COMPLY</u> |

EEOC hereby gives notice that neither Rascoe nor Dorsey has complied with the Court's March 9, 2023, Order. Neither individual has provided any response at all to EEOC's Interrogatories nor the Request for Production of Documents. Absent responses, EEOC will continue to seek the imposition of a coercive monetary fine at the hearing scheduled for 10:00 AM, Monday, April 10, 2023.

**Date:** March 30, 2023

/s/ Eric S. Thompson
ERIC S. THOMPSON
Trial Attorney, U.S. EEOC
Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD  21201

Phone: 410.801.6696
Eric.Thompson@EEOC.GOV