IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | Civil Action: 21-cv-02492-RDB |
| Judgment Creditor, | ) ) ) | |
| v. | ) ) | |
| Above All Odds, LLC | ) ) | |
| Judgment Debtor. | ) ) ) | |

<u>Status Report Regarding Turner Rascoe</u>

Plaintiff Equal Employment Opportunity Commission (EEOC) and Turner Rascoe agree that Mr. Rascoe has substantially complied with EEOC's discovery requests and that if the EEOC should require additional information it will make every effort to work with Mr. Rascoe directly without the Court's involvement.

Respectfully submitted,

/s/ Turner Rascoe[1]
TURNER RASCOE pro se

/s/ Eric S. Thompson
ERIC S. THOMPSON
Senior Trial Attorney, U.S. EEOC
Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD  21201
Phone: 410.801.6696
/Eric.Thompson@EEOC.GOV

---

[1] Mr. Rascoe gave permission to affix his electronic signature via email on June 9, 2023.