IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPPORTUNITY COMMISSION | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. RDB-21-2492 |
| | * | |
| ABOVE ALL ODDS, LLC | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM ORDER

This Order addresses Witness Raymond Dorsey's continued non-compliance with this Court's orders. On September 6, 2022, this case was referred to Chief Magistrate Judge Gesner for all post-judgment proceedings. (ECF No. 20.) On August 24, 2022, Plaintiff filed a Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents Propounded upon Raymond Dorsey. (ECF No. 19.) Plaintiff filed proof of service on Mr. Dorsey on September 28, 2022. (ECF No. 22.) On January 12, 2023, Plaintiff filed an Application to Show Cause Why Raymond Dorsey Should not be Held in Contempt for Failure to Comply with Court Order Compelling Production of Discovery Responses. (ECF No. 23.) On February 13, 2023, the Court issued a Show Cause Order directing Raymond Dorsey to appear in court. (ECF No. 25.) On March 9, 2023 and April 10, 2023, this Court issued additional Show Cause Orders. (ECF Nos. 29 and 33.) This Court held a Show Cause hearing on June 20, 2023 to hear argument on the

administrative subpoena issue, and Dorsey did not appear.[1] To date, Raymond Dorsey has failed to comply with any of the Court's Orders or respond to Plaintiff's Applications to Show Cause.

Dorsey leaves this Court no other choice but to hold him in contempt. *See Redner's Markets, Inc. v. Joppatowne G.P. Ltd. P'ship*, 608 Fed. App'x 130, 131 (4th Cir. 2015) ("There can be no question that courts have inherent power to enforce compliance with their lawful orders through civil contempt.") (quoting *Shilitani v. United States*, 384 U.S. 364, 370 (1966)).

## CONCLUSION

For the reasons stated above, it is HEREBY ORDERED this 21st day of June, 2023 that:

1. Plaintiff Equal Employment Opportunity Commission's Application to Show Cause Why Raymond Dorsey Should not be Held in Contempt for Failure to Comply with Court Order Compelling Production of Discovery Responses (ECF No. 23) is GRANTED;

2. Witness Raymond Dorsey is hereby held in contempt of this Court;

3. An arrest warrant will issue for Dorsey, to be held in abeyance until 12 noon on Thursday, July 20, 2023. Should Dorsey comply with this Court's order prior to 12 noon on July 20, 2023, the arrest warrant will be indefinitely stayed.

Date: June 21, 2023

/s/ Richard D. Bennett
Richard D. Bennett
U.S. Senior District Judge

---

[1] During the June 20, 2023 Show Cause Hearing, Plaintiff's counsel represented to this Court that he had recently spoken to Raymond Dorsey and the address of record (ECF No. 22-2) for Raymond Dorsey was current.