IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) ) ) Plaintiff, ) ) v. ) ) Above All Odds, LLC ) ) Defendant ) ) | Civil Action: 21-cv-02492-RDB |

## ORDER

For good cause shown the warrant for the arrest of Raymond Dorsey is hereby vacated. Mr. Dorsey has complied with all requests and is no longer in contempt.

AUGUST 23, 2023
Date

Richard D. Bennett
United States District Judge